ap-77,031
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/11/2015 9:22:48 AM
Accepted 8/11/2015 9:37:50 AM
ABEL ACOSTA
CLERK



SUSAN HAWK
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

August 11, 2015

August 11, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

ABEL ACOSTA, CLERK

RE:  Oral Argument in Cause No. AP-77,031
     Franklin Davis v. The State of Texas

Dear Mr. Acosta,

I received your letter regarding oral argument in *Davis v. State*. I wish to present argument on Issues 4 and 11, the issues defense counsel has requested permission to argue.

Sincerely,

/s/ Rebecca D. Ott

Rebecca D. Ott
Assistant District Attorney
State Bar No. 24074842
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3625